UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>          Plaintiff,<br><br>      v.<br><br>APPLE, INC.,<br><br>          Defendant. | Case No.  26-cv-03914-SVK<br><br>**ORDER OF RECUSAL** |

This Court recuses itself from hearing this case and directs the Clerk of Court to reassign this case to another judge.

**SO ORDERED.**

Dated: May 4, 2026

SUSAN VAN KEULEN
United States Magistrate Judge